IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                         )
            V.           )   Criminal No. 04-223
                         )
ERIC ROBERTSON           )

**ORDER OF COURT**

AND NOW, to-wit, this 8th day of March, 2006, upon consideration of the foregoing Motion to Permit Private Contact Visits to Conduct Evaluation, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted.  Dr. Brams shall be permitted a have a private, contact visit with Eric Robertson on March 23 and 24, 2006 for four hours to complete psychological evaluation and testing, and private, contact visits with Eric Robertson during normal business hours at such dates and times as necessary to complete said evaluations and examinations.

_____
Gary L. Lancaster
United States District Judge

3