IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-223 |
| ) | |
| ERIC ROBERTSON ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 27th day of March, 2006, upon consideration of the foregoing Defendant Eric Robertson's Motion to Obtain Copy of Presentence Report, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED; IT IS FURTHER ORDERED that defense counsel may copy the Presentence Report and provide that copy to Dr. Jolie Brams.

Gary L. Lancaster
United States District Judge

cc: Counsel of Record
    U.S. Probation Office