IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-223 |
| | ) | |
| ERIC FERNANDO ROBERTSON | ) | |

<u>O R D E R</u>

AND NOW, to wit, this 30th day of Oct, 2009, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Federal Bureau of Investigation shall forthwith destroy the following weapon:

(a) A .44 caliber JP Sauer and Sohn revolver, serial number 1279714.

<u>/s/</u>
UNITED STATES DISTRICT JUDGE

cc: United States Attorney