IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-223
)
ERIC ROBERTSON )

**ORDER OF COURT**

AND NOW, to-wit, this 10th day of June, 2011, upon consideration of the foregoing Defendant's Motion to Reproduce Defendant's Presentence Report, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED; IT IS FURTHER ORDERED that defense counsel may copy the Presentence Report and provide that copy to Eric Robertson's father, Eric Martin.

Gary L. Lancaster
United States District Judge

cc: Counsel of Record
U.S. Probation Office